**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 09-8091**

─────────────

UNITED STATES OF AMERICA,

　　　　　　　Plaintiff – Appellee,

　　　v.

RICHARD ALLEN SMITH, JR., a/k/a Smitty,

　　　　　　　Defendant – Appellant.

─────────────

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins. Frederick P. Stamp, Jr., Senior District Judge. (2:00-cr-00007-FPS-JES-1)

─────────────

Submitted: September 2, 2010　　　Decided: October 8, 2010

─────────────

Before NIEMEYER, MOTZ, and GREGORY, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Richard Allen Smith, Jr., Appellant Pro Se. Stephen Donald Warner, Assistant United States Attorney, Elkins, West Virginia, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Allen Smith, Jr., appeals the district court's "Order Reducing Term of Imprisonment as a Result of Amended Guideline Range Pursuant to [U.S. Sentencing Guidelines Manual §] 1B1.10 [(2008)]." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Smith, No. 2:00-cr-00007-FPS-JES-1 (N.D. W. Va. Nov. 3, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2